# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 26, 2019

### NO. 03-18-00344-CV

**Personal Care Products, Inc., Appellant**

**v.**

**Charles Smith, Executive Commissioner of The Texas Health and Human Services Commission; and Texas Health and Human Services Commission, Office of Inspector General, Appellees**

---

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment signed by the trial court on April 19, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.